# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Appeal from: DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION
Case No. 22-cv-60938-Cooke/Hunt

PURPOSE BUILT FAMILIES
FOUNDATION, INC.,

    Plaintiff-Appellant,
        v.                                                No. 22-14057

UNITED STATES OF AMERICA -and-
DENNIS McDONOUGH, Secretary of
Veterans Affairs, in his official capacity only,

    Defendants-Appellees.
_____/

## APPELLANT'S MOTION FOR CONTINUANCE OF <u>HEARING/ORAL ARGUMENT</u>

                                                        <u>/s/ Alan Grayson</u>
                                                        Alan Grayson, Esq.
                                                        *Admitted Pro Hac Vice*
                                                        Mailing address:
                                                        870 N. Miramar Ave. #242
                                                        Indialantic, FL 32903
                                                        (407) 493-9633
                                                        grayson@graysonlaw.net
Dated: Feb. 9, 2024                      *Counsel for the Plaintiff-Appellant*

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

PURPOSE BUILT FAMILIES FOUNDATION, INC.    vs. UNITED STATES OF AMERICA.   Appeal No. 22-14057-D

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

PURPOSE BUILT FAMILIES FOUNDATION, INC.

# MOTION FOR CONTINUANCE OF
# HEARING/ORAL ARGUMENT

Pursuant to 11th Cir. R. 34-4(g), the Appellant, Purpose Built Families Foundation, Inc. ("PBFF"), respectfully requests a continuance of the oral argument scheduled in this case for next month. The other party in this appeal, the U.S. Government, does not oppose this motion. PBFF respectfully suggests that this appeal be continued to the next sitting of this Honorable Court, or the one after that, but PBFF understands that such decisions are within the sound discretion of the Court. The standard applicable to this request is "good cause shown." *Id.*

Undersigned counsel is the sole PBFF counsel familiar with the issues on appeal and able to represent PBFF properly at oral argument. The reasons for this request are as follows:

First, undersigned counsel was recently informed that the oral argument in the Fifth Circuit appeal *United States ex rel. Conyers v. KBR,* No. 23-20227 (5th Cir.), appeal from No. 4:06-CV-4024 (S.D. Tex.), will take place in New Orleans on Tuesday, March 5. Undersigned counsel began working on that case in 2006, and that appeal will determine whether he and his client in that case will retain the award made by the lower court there -- won during 18 years of litigation -- which is being challenged in that appeal.

Second, undersigned counsel, as a former Member of Congress, is automatically invited to the Floor of the House for the President's State of the Union Address in Washington, D.C., an event at which undersigned counsel has participated on numerous occasions. It was recently announced that that event will take place on the evening of Thursday, March 7, and undersigned counsel wishes to attend.

Third, PBFF has experienced severe financial difficulties in recent months, and it has informed undersigned counsel that it will be more feasible for PBFF to compensate counsel for this argument if it is continued.

The Court has granted each party one continuance previously. Dkt. Nos. 19 & 29.

Undersigned counsel, a former motions clerk for the D.C. Circuit, well understands that motions for continuance of oral argument are generally disfavored. Counsel respectfully suggests, however, that these circumstances meet the standard of "good cause," and counsel is grateful for the Court's consideration in this matter.

Dated: Feb. 9, 2024                  Respectfully submitted,

/s/ Alan Grayson
Alan Grayson, Esq.
Mailing address:
870 N. Miramar Ave. #242
Indialantic, FL 32903
(407) 493-9633

[grayson@graysonlaw.net](mailto:grayson@graysonlaw.net)

*Counsel for the Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

    I certify that the filing above was filed and served electronically, via ECF, to the Court and all parties on the date specified above.

    /s/ Alan Grayson
    Alan Grayson, Esq.