# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14057

_____

PURPOSE BUILT FAMILIES FOUNDATION, INC.,

Plaintiff-Appellant,

*versus*

UNITED STATES OF AMERICA,
SECRETARY OF VETERANS AFFAIRS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:22-cv-60938-MGC

_____

ORDER:

Appellant's motion for change of oral argument date during the week of March 4, 2024, or to submit this appeal on the briefs is **GRANTED IN PART**. The appeal will be submitted on the briefs.

/s/ William H. Pryor Jr.
CHIEF JUDGE